UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IBUKUN OGUNBEKUN, as Limited Conservator
For the Estate of OLUWATOSIN OGUNBEKUN,
An Incapacitated Person,

                Plaintiffs                15-CV-06332(CJS-MJP)

    vs.                                    NOTICE OF APPEAL

TOWN OF BRIGHTON, BRIGHTON POLICE
DEPARTMENT, JULIE KNUTOWICZ and,
RENEE (STICKLES) FISHER,
                Defendants.

**PLEASE TAKE NOTICE** that the Plaintiff, IBUKUN OGUNBEKUHN, hereby appeals to the Court of Appeals for the Second Circuit from a Decision and Order of the Honorable Charles J. Siragusa, filed on May 15, 2025, and from an Entry of Judgment, dated May 16, 2025, which granted Defendants' motion for summary judgment and dismissed the action in its entirety.

**PLEASE TAKE FURTHER NOTICE** that the Plaintiff appeals from each and every part of such Decision and Order as is against the interests of himself and the Estate of OLUWATOSIN OGENBEKUN, upon both questions of fact and law.

**PLEASE TAKE FURTHER NOTICE** that the Undersigned will not represent Plaintiff on appeal.

Dated: June 13, 2025
       Buffalo, NY

                                          /s/ Anna Marie Richmond
                                        Anna Marie Richmond
                                        Attorney for Plaintiff
                                        14 Lafayette Square, Ste 2500
                                        Buffalo, NY 14203
                                        716-854-1100
                                        annamarierichmondesq@gmail.com

APPEAL,CASREF,MEDIATION,ProSe

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
### CIVIL DOCKET FOR CASE #: 6:15−cv−06332−CJS−MJP
*Internal Use Only*

| | |
|---|---|
| Ogunbekun v. Town of Brighton et al<br>Assigned to: Hon. Charles J. Siragusa<br>Referred to: Hon. Mark W. Pedersen<br>Cause: 42:1983 Civil Rights Act | Date Filed: 05/28/2015<br>Date Terminated: 05/16/2025<br>Jury Demand: Both<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Ibukun Ogunbekun**  
*as Limited Conservator for the Estate of Oluwatosin Ogunbekun, an Incapitated Person*

represented by **Anna Marie Richmond**  
2500 Rand Building  
14 Lafayette Square  
Buffalo, NY 14203  
716−854−1100  
Fax: 716−856−6499  
Email: annamarierichmondesq@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Rafael O. Gomez**  
Gomez Law, LLC  
2746 Delaware Avenue  
Buffalo, NY 14217  
716−324−5554  
Fax: 716−302−4334  
Email: rgomez@gomez.law  
*TERMINATED: 03/11/2021*

**Plaintiff**

**Oluwatosin Ogunbekun**  
*TERMINATED: 02/24/2022*

represented by **Anna Marie Richmond**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Brett D. Tokarczyk**  
Gomez & Becker LLP  
2746 Delawre Avenue  
Buffalo, NY 14217  
716 873−0333  
Fax: 716 803−6431  
Email: btok@gomezbecker.com  
*ATTORNEY TO BE NOTICED*

**Oluyomi Faparusi , Sr.**  
Fapas Consults  
1274 Wheatley Forest Drive  
Brentwood, TN 37027  
410−375−9817  
Fax: 888−893−0365  
Email: fapasconsults@gmail.com  
*TERMINATED: 08/22/2018*

**Rafael O. Gomez**  
(See above for address)  
*TERMINATED: 03/11/2021*

V.

**Defendant**

| | | |
|---|---|---|
| **Town of Brighton** | represented by | **Eugene Welch** |

Tully Rinckey, PLLC
400 Linden Oaks
Suite 110
Rochester, NY 14625
585–492–4700
Email: ewelch@tullylegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Elder Mitchell**
Ohrenberger De Lisi & Harris LLP
28 New Driftway
Scituate, MA 02066
716 439–4700
Fax: 716 462–4455
Email: mmitchell@tullylegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Letty L. Laskowski**
Tully Rinckey, PLLC
400 Linden Oaks
Suite 110
Rochester, NY 14625
585–492–4700
Email: llaskowski@vaheygetz.com
*TERMINATED: 04/11/2019*

**Defendant**

| | | |
|---|---|---|
| **Brighton Police Department** | represented by | **Eugene Welch** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Elder Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Letty L. Laskowski**
(See above for address)
*TERMINATED: 04/11/2019*

**Defendant**

**John Does**
*TERMINATED: 02/24/2022*

**Defendant**

| | | |
|---|---|---|
| **Julie Knutowicz** | represented by | **Eugene Welch** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Renee (Stickles) Fischer** | represented by | **Eugene Welch** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2015 | 1 | COMPLAINT against Brighton Police Department, John Does, Town of Brighton, filed by Ibukun Ogunbekun.(TF) (Entered: 06/01/2015) |
| 05/29/2015 | | Summons Issued as to Brighton Police Department, John Does, Town of Brighton. (TF) (Entered: 06/01/2015) |
| 05/29/2015 | | Filing fee: $ 400.00, receipt number ROC007971 (TF) (Entered: 06/01/2015) |
| 06/01/2015 | | AUTOMATIC REFERRAL to Mediation The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative−dispute−resolution. Plan mailed to plaintiff.(TF) (Entered: 06/01/2015) |
| 06/01/2015 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO−85) is available for download at http://www.uscourts.gov/services−forms/forms. Consent form mailed to plaintiff. (TF) (Entered: 06/01/2015) |
| 06/05/2015 | 2 | SUMMONS Returned Executed by Ibukun Ogunbekun. Brighton Police Department served on 6/2/2015, answer due 6/23/2015; Town of Brighton served on 6/2/2015, answer due 6/23/2015. (TF) (Entered: 06/05/2015) |
| 06/05/2015 | 3 | DECISION AND ORDER. Ibukun Ogunbekun cannot legally present a complaint on behalf of his daughter. Ms. O. must sign the complaint on her own. Of course, she may appear by counsel of her own choosing, and counsel can sign the complaint for her, but her Guardian and father cannot. Ms. O. may have until June 30, 2015, to either sign the complaint, to obtain counsel and file a complaint signed by counsel, or to discontinue the action. Signed by Hon. Charles J. Siragusa on 6/5/15. (KAP) (Entered: 06/05/2015) |
| 06/05/2015 | | Remark: Mailed NEF and copy of ECF #3 to pro se plaintiff, Ibukun Ogunbekun,12697 Victory Lakes Loop, Bristow, VA 20136 (KAP) (Entered: 06/05/2015) |
| 06/29/2015 | 4 | SIGNED AMENDED COMPLAINT against All Defendants, filed by Oluwatosin Ogunbekun. (Attachments: # 1 Envelope)(TF) (Entered: 06/30/2015) |
| 07/15/2015 | 5 | ANSWER to 4 Complaint by Brighton Police Department, Town of Brighton. (Attachments: # 1 Certificate of Service)(Welch, Eugene) (Entered: 07/15/2015) |
| 07/15/2015 | 6 | NOTICE of Appearance by Letty L. Laskowski on behalf of Brighton Police Department, Town of Brighton (Attachments: # 1 Certificate of Service)(Laskowski, Letty) (Entered: 07/15/2015) |
| 07/17/2015 | 7 | CERTIFICATE OF SERVICE by Oluwatosin Ogunbekun re 4 Amended Complaint (TF) (Entered: 07/20/2015) |
| 08/27/2015 | 8 | TEXT ORDER REFERRING CASE to Magistrate Judge Hon. Jonathan W. Feldman. The Magistrate Judge is hereby designated to act in this case as follows: Pursuant to 28 U.S.C. Section 636(b)(1)(A) and (B), all pre−trial matters in this case are referred to the above−named United States Magistrate Judge, including but not limited to: (1) conduct of a scheduling conference and entry of a scheduling order pursuant to Fed. R. Civ. P. 16, (2) hearing and disposition of all non−dispositive motions or applications, (3) supervision of discovery, and (4) supervision of all procedural matters involving the aforementioned or involving the preparation of the case or any matter therein for consideration by the District Judge. All non−dispositive motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge. The parties are encouraged to consider the provisions of 28 U.S.C. Section 636(c) governing consent to either partial or complete disposition of the case, including trial if necessary, by the Magistrate Judge. Consent forms are available from the office of the Magistrate Judge or the office of the Clerk of Court. IT IS SO ORDERED. Copy of Text Order mailed to pro se plaintiff, Oluwatosin Ogunbekun, at 12697 Victory Lakes Loop, Bristow, VA 20136. Signed by Hon. Charles J. Siragusa on 8/27/15. (KJA) (Entered: 08/27/2015) |

| | | |
|---|---|---|
| 08/28/2015 | 9 | ORDER Scheduling Conference set for 10/7/2015 12:00 PM before Hon. Jonathan W. Feldman. Copy of order mailed to plaintiff. Signed by Hon. Jonathan W. Feldman on 8/28/15. (NNR) (Entered: 08/28/2015) |
| 09/30/2015 | 10 | DISCOVERY PLAN by Brighton Police Department, Town of Brighton.(Laskowski, Letty) (Entered: 09/30/2015) |
| 09/30/2015 | 11 | CERTIFICATE OF SERVICE by Brighton Police Department, Town of Brighton re 10 Discovery Plan (Laskowski, Letty) (Entered: 09/30/2015) |
| 10/02/2015 | 12 | TEXT ORDER per request submitted by the plaintiff Scheduling Conference reset for 11/25/2015 10:00 AM before Hon. Jonathan W. Feldman. Copy of text order mailed to plaintiff. Plaintiff is also advised that pursuant to this Court's order (Docket # 9) he may submit a letter requesting to participate in the Rule 16 conference by telephone if he wishes to do so. Signed by Hon. Jonathan W. Feldman on 10/2/15. (NNR) (Entered: 10/02/2015) |
| 11/25/2015 | 13 | NOTICE of Appearance by Oluyomi Faparusi, Sr on behalf of Oluwatosin Ogunbekun (TF) (Entered: 11/25/2015) |
| 11/25/2015 | 14 | SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Stipulation of Selection of Mediator due by 12/23/2015. Mandatory Disclosures due by 2/29/2016. Motions to Join Parties/Amend Pleadings due by 3/31/2016. Discovery completed by 9/30/2016. Dispositive Motions due by 11/30/2016. Signed by Hon. Jonathan W. Feldman on 11/25/15. (WGC) (Entered: 11/25/2015) |
| 11/25/2015 | | Minute Entry for proceedings held before Hon. Jonathan W. Feldman: Scheduling Conference held on 11/25/2015. Scheduling Order issued. (WGC) (Entered: 11/25/2015) |
| 02/02/2016 | 15 | AMENDED SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) The parties are relieved of the mediation requirement pending further Order of the Court. Signed by Hon. Jonathan W. Feldman on 2/2/2016. (WGC) (Entered: 02/02/2016) |
| 10/17/2016 | 16 | TEXT ORDER, pursuant to defendants' letter request of 10/14/16, Telephonic Status Conference set for 11/4/2016 10:30 AM before Hon. Jonathan W. Feldman to discuss unsealing issue. Counsel for all parties are directed to call the conference center at 703–724–3100. When prompted for the number you wish to dial, enter 4000019#. When prompted for the security pin, enter 9999#. Signed by Hon. Jonathan W. Feldman on 10/17/16. (BJJ) (Entered: 10/17/2016) |
| 11/04/2016 | | Minute Entry for proceedings held before Hon. Jonathan W. Feldman: Status Conference held on 11/4/2016. Parties to submit stipulation/order. (BJJ) (Entered: 11/04/2016) |
| 11/22/2016 | 17 | STIPULATION AND ORDER unsealing records from Brighton Town Court. Signed by Hon. Jonathan W. Feldman on 11/22/2016. (BJJ) (Entered: 11/22/2016) |
| 03/03/2017 | 18 | TEXT ORDER. The Court is in receipt of defendant's letter regarding the status of discovery. The parties are directed to contact this Court once they obtain the criminal court transcripts. The Court will then issue a new scheduling order. Signed by Hon. Jonathan W. Feldman on 3/2/2017. (BJJ) (Entered: 03/03/2017) |
| 08/22/2017 | 19 | SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Mandatory Disclosures due by 9/22/2017. Stipulation of Selection of Mediator due by 9/30/2017. First Mediation Session due by 11/30/2017. Motions to Join Parties/Amend Pleadings due by 1/15/2018. Mediation To End by 1/31/2018. Plaintiff Expert Witness ID due by 5/15/2018. Defendant Expert Witness ID due by 6/15/2018. Discovery completed by 7/15/2018. Dispositive Motions due by 9/15/2018. (BJJ) (Entered: 08/22/2017) |

| | | |
|---|---|---|
| 09/28/2017 | 20 | Stipulation–Selection of Mediator by Town of Brighton(Laskowski, Letty) (Entered: 09/28/2017) |
| 11/27/2017 | 21 | Mediation Certification by Joseph B. Rizzo(AGB) (Entered: 11/27/2017) |
| 06/22/2018 | 22 | TEXT ORDER: The Court received defendants' letter dated June 12, 2018, regarding a discovery dispute. Defendants shall file a motion to compel regarding the discovery dispute. Plaintiff will then be provided with an opportunity to respond to defendants motion. Signed by Hon. Jonathan W. Feldman on 6/22/2018. (BJJ) (Entered: 06/22/2018) |
| 06/28/2018 | 23 | TEXT ORDER: Due to recent correspondence, the Court will hold a telephone conference on 7/2/2018 at 02:00 PM before Hon. Jonathan W. Feldman. Counsel for all parties are directed to call the conference center at 703–724–3100. When prompted for the number you wish to dial, enter 4100019#. When prompted for the security pin, enter 9999#. Plaintiff and her father may attend the telephone conference as well by using this call in information. Signed by Hon. Jonathan W. Feldman on 6/28/18. (BJJ) (Entered: 06/28/2018) |
| 06/29/2018 | 24 | ORDER re 23 : Telephone conference set for 7/2/2018 is cancelled. Motion to withdraw due by 7/13/2018. Responses due by 7/20/2018. Oral Argument set for 7/27/2018 at 02:00 PM before Hon. Jonathan W. Feldman. Signed by Hon. Jonathan W. Feldman on 6/29/18. (BJJ) (Entered: 06/29/2018) |
| 07/13/2018 | 25 | Sealed Document, Motion to withdraw as counsel. (TF) (Entered: 07/16/2018) |
| 07/31/2018 | 26 | ORDER re 25 Sealed Document: Attorney Faparusi's motion to withdraw as counsel for plaintiff will be granted upon new counsel filing notice of appearance. Plaintiff's legal guardian shall provide certified copy of order appointing him guardian by 8/29/2018. Plaintiff shall retain new counsel and such counsel shall file a notice of appearance by 9/13/2018. Attorney Faparusi, who is still counsel of record until relieved by this Court, is responsible for plaintiff receiving notice of this order. Signed by Hon. Jonathan W. Feldman on 7/31/18. (BJJ) (Entered: 07/31/2018) |
| 08/17/2018 | 27 | NOTICE of Appearance by Rafael O. Gomez on behalf of All Plaintiffs (Attachments: # 1 Certificate of Service)(Gomez, Rafael) (Entered: 08/17/2018) |
| 08/21/2018 | 28 | TEXT ORDER: Mr. Faparusi's motion to withdraw as counsel for plaintiff (Docket # 25 ), is granted. Signed by Hon. Jonathan W. Feldman on 8/21/18. (BJJ)<br><br>–CLERK TO FOLLOW UP– Clerk is directed to terminate Mr. Faparusi as counsel of record. (Entered: 08/21/2018) |
| 08/21/2018 | 29 | TEXT ORDER re 27 Notice of Appearance filed by Oluwatosin Ogunbekun, 28 : Status Conference set for 10/4/2018 at 10:30 AM before Hon. Jonathan W. Feldman. All counsel should appear in person. The parties should file a proposed discovery plan at least four business days before the conference. Signed by Hon. Jonathan W. Feldman on 8/21/18. (BJJ) (Entered: 08/21/2018) |
| 10/04/2018 | 30 | Minute Entry for proceedings held before Hon. Jonathan W. Feldman: Appearances: R. Gomez, Esq. L. Laskowski, Esq. Scheduling Conference held on 10/4/2018. Scheduling order to be issued. (NNR) (Entered: 10/05/2018) |
| 10/05/2018 | 31 | SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.)Signed by Hon. Jonathan W. Feldman on 10/4/18. (NNR) (Entered: 10/05/2018) |
| 12/15/2018 | 32 | PROPOSED ORDER re Amended Complaint by Oluwatosin Ogunbekun. (Attachments: # 1 Exhibit Exhibit A)(Gomez, Rafael) Modified on 12/17/2018 (TF). (Entered: 12/15/2018) |
| 12/15/2018 | 33 | Letter filed by Oluwatosin Ogunbekun as to John Does, Brighton Police Department, Town of Brighton . (Attachments: # 1 Text of Proposed Order)(Gomez, Rafael) (Entered: 12/15/2018) |

| | | |
|---|---|---|
| 12/15/2018 | 34 | STIPULATION re 32 Stipulation *to Amend Complaint* by Oluwatosin Ogunbekun. (Gomez, Rafael) (Entered: 12/15/2018) |
| 12/17/2018 | | E−Filing Notification: Document contains so ordered line and should be submitted via e−mail to the assigned judge. Refer to the Administrative Guide for e−mail addresses. No action required RE 32 STIPULATION. Clerk to modify entry. (TF) (Entered: 12/17/2018) |
| 12/28/2018 | 35 | NOTICE of Appearance by Brett D. Tokarczyk on behalf of Oluwatosin Ogunbekun (Tokarczyk, Brett) (Entered: 12/28/2018) |
| 12/31/2018 | 36 | MOTION to Amend/Correct by Oluwatosin Ogunbekun. (Attachments: # 1 Declaration Tokarczyk Declaration, # 2 Exhibit Exhibits to Tokarczyk Declaration, # 3 Memorandum in Support Memo of Law in Support)(Tokarczyk, Brett) (Entered: 12/31/2018) |
| 01/02/2019 | 37 | TEXT ORDER re 36 MOTION to Amend/Correct filed by Oluwatosin Ogunbekun: Responses due by 1/16/2019. Replies due by 1/23/2019. Oral Argument set for 2/21/2019 02:00 PM before Hon. Jonathan W. Feldman. Signed by Hon. Jonathan W. Feldman on 1/2/19. (BJJ) (Entered: 01/02/2019) |
| 01/16/2019 | 38 | RESPONSE in Opposition re 36 MOTION to Amend/Correct filed by Brighton Police Department, Town of Brighton. (Attachments: # 1 Exhibit Declaration Exhibit A, # 2 Exhibit Declaration Exhibit B, # 3 Memorandum in Support Memorandum of Law in Opposition to Motion to Amend)(Laskowski, Letty) (Entered: 01/16/2019) |
| 01/23/2019 | 39 | REPLY to Response to Motion re 36 MOTION to Amend/Correct filed by Oluwatosin Ogunbekun. (Attachments: # 1 Memorandum in Support)(Tokarczyk, Brett) (Entered: 01/23/2019) |
| 02/01/2019 | 40 | TEXT ORDER re 37 : Due to a scheduling conflict, Oral Argument rescheduled for 4/12/2019 at 02:00 PM before Hon. Jonathan W. Feldman. Signed by Hon. Jonathan W. Feldman on 2/1/19. (BJJ) (Entered: 02/01/2019) |
| 04/12/2019 | 41 | Minute Entry for proceedings held before Hon. Jonathan W. Feldman: Appearances: Brett Tokarczyk, Esq./pl. and Eugne Welch, Esq./defs. Motion Hearing held on 4/12/2019 re 36 MOTION to Amend/Correct filed by Oluwatosin Ogunbekun. Court reserves decision. (Digital Recording.) (LMD) (Entered: 04/12/2019) |
| 07/31/2019 | 42 | REPORT AND RECOMMENDATIONS re 36 MOTION to Amend filed by Oluwatosin Ogunbekun. Objections due fourteen days from receipt. Objections to R&R due by 8/19/2019. Signed by Hon. Jonathan W. Feldman on 7/31/19. (TF) (Entered: 07/31/2019) |
| 08/21/2019 | 43 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 42 Report and Recommendations, 36 Motion to Amend/Correct filed by Oluwatosin Ogunbekun. ORDERED, that the Report and Recommendation [#42] denying Plaintiffs motion [#36] is affirmed and adopted in all respects, and Plaintiffs motion [#36] is denied; and it is furtherORDERED, that Plaintiffs second amended complaint [#32−1] shall be the operative pleading in this action. Signed by Hon. Charles J. Siragusa on 8/21/19. (KAP) (Entered: 08/21/2019) |
| 09/10/2019 | 44 | *Answer to 2nd Amended Complaint* ANSWER to Complaint by Town of Brighton.(Welch, Eugene) (Entered: 09/10/2019) |
| 11/14/2019 | 45 | TEXT ORDER REFERRING CASE to Hon. Mark W. Pedersen, United States Magistrate Judge for all pretrial matters excluding dispositive motions. Hon. Jonathan W. Feldman no longer assigned to case. Signed by Mary C. Loewenguth, Clerk of Court, on 11/14/19. (JHF) (Entered: 11/14/2019) |
| 07/28/2020 | | NOTICE of Hearing: Status Conference set for 9/9/2020 10:00 AM before Hon. Mark W. Pedersen. Copy of this NEF mailed to pro se plaintiff at 12697 Victory Lakes LoopBristow, VA 20136 (KAP) (Entered: 07/28/2020) |
| 09/09/2020 | 46 | Minute Entry for proceedings held before Hon. Mark W. Pedersen: Status Conference held on 9/9/2020. Appearances; Rafael O. Gomez, Esq. for plaintiff; Eugene Welch, Esq. for defendants. Parties willing to reopen settlement discussions, defense indicates they are moving towards Summary Judgement. A new Scheduling Order will be issued. (Court Reporter AT&T Conference.) (JB) (Entered: 09/09/2020) |

| | | |
|---|---|---|
| 12/18/2020 | 47 | AMENDED SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Motions to Compel Discovery due by 10/30/2020. Discovery completed by 11/30/2020. Dispositive Motions due by 1/15/2021. Signed by Hon. Mark W. Pedersen on 12/18/2020 *nunc pro tunc 9/9/2020*. Copy of NEF and Order mailed to Plaintiff.(JB) (Entered: 12/18/2020) |
| 12/22/2020 | 48 | Letter filed by Brighton Police Department as to John Does, Brighton Police Department, Town of Brighton *Letter Request for Adjournment*. (Welch, Eugene) (Entered: 12/22/2020) |
| 12/23/2020 | | E–Filing Notification: 48 Letter: this document contains a request for relief and should be filed as a motion. ACTION REQUIRED: Re–file document using the motion event. (JLV) (Entered: 12/23/2020) |
| 12/23/2020 | 49 | MOTION for Extension of Time to File *Motion for Summary Judgment* by Brighton Police Department.(Mitchell, Matthew) (Entered: 12/23/2020) |
| 12/28/2020 | 50 | AMENDED SCHEDULING ORDER granting 49 Motion for Extension of Time to File. Discovery is due 3/29/21. Motions to compel discovery due 2/26/21. Dispositive motions due 5/17/21. (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Signed by Hon. Mark W. Pedersen on 12/28/20. (KAP) (Entered: 12/28/2020) |
| 12/28/2020 | | Set/Reset Scheduling Order Deadlines: Motions to Compel Discovery due by 2/26/2021. Discovery completed by 3/29/2021. Motions due by 5/17/2021. (KAP) (Entered: 12/28/2020) |
| 02/18/2021 | 51 | MOTION to Withdraw as Attorney *by Rafael O. Gomez* by Ibukun Ogunbekun, Oluwatosin Ogunbekun. (Attachments: # 1 Affidavit, # 2 Memorandum in Support, # 3 Certificate of Service)(Gomez, Rafael). Added MOTION for Extension of Time to Complete Discovery on 2/19/2021 (SG). (Entered: 02/18/2021) |
| 02/19/2021 | | E–Filing Notification: 51 MOTION to Withdraw as Attorney modified to add MOTION for Extension of Time to Complete Discovery (SG) (Entered: 02/19/2021) |
| 02/19/2021 | | CALENDAR EVENT: Motion Hearing re ECF 51 set for 3/10/2021 at 2:30 PM before Hon. Mark W. Pedersen. The Hearing will take place by Zoom, counsel of record will receive connection information from the Court within 24 hours of the proceeding. Plaintiffs Ibukun Ogunbekun and Oluwatosin Ogunbekun are directed to contact Chambers, either by email at pedersen@nywd.uscourts.gov or by telephone at 585–613–4360, in order to provide to the Court an email address in which to distribute Zoom information. Copy of this NEF mailed to plaintiff Ibukun Ogunbekun at 12697 Victory Lakes Loop Bristow, VA 20136. (JB) (Entered: 02/19/2021) |
| 03/04/2021 | 53 | DECLARATION re E–Filing Notification, Set/Reset Hearings,, 51 MOTION to Withdraw as Attorney *by Rafael O. Gomez* MOTION for Extension of Time to Complete Discovery filed by Town of Brighton . (Welch, Eugene) (Entered: 03/04/2021) |
| 03/10/2021 | 56 | Minute Entry for proceedings held before Hon. Mark W. Pedersen: Motion Hearing held on 3/10/2021 re 51 MOTION to Withdraw as Attorney by Rafael O. Gomez. Appearances: Rafael O. Gomez, Esq. by video; Eugene Welch, Esq. by video; Ibukun Ogunbekun, *pro se* by video. The Court will issue a written order regarding the proceedings that took place. Further Status Conference set for 5/12/2021 at 1:00 PM before Hon. Mark W. Pedersen in order to address Plaintiff's renewed search for counsel. The Conference will take place by Zoom, counsel of record will receive connection information from the Court within 24 hours of the proceeding. Connection information will also be distributed to plaintiff Ibukun Ogunbekun. (Court Reporter Diane Martens.) (JB) (Entered: 03/11/2021) |
| 03/11/2021 | 54 | TEXT ORDER: Rafael O. Gomez's motion to withdraw (ECF No. 51 ) is granted based upon the motions papers submitted and discussions on the sealed record of the 3/10/21 court appearance. SO ORDERED.. Signed by Hon. Mark W. Pedersen on |

| | | |
|---|---|---|
| | | 3/11/21. Copy of this NEF mailed to pro se plaintiff at 12697 Victory Lakes Loop, Bristow, VA 20136(KAP)<br><br>–CLERK TO FOLLOW UP– (Entered: 03/11/2021) |
| 03/11/2021 | 55 | TEXT ORDER:. All deadlines contained in the current scheduling order (ECF No. 50 ) are hereby stayed until further notice. SO ORDERED. Signed by Hon. Mark W. Pedersen on 3/11/21. Copy of this NEF mailed to pro se plaintiff at 12697 Victory Lakes Loop, Bristow, VA 20136 (KAP) (Entered: 03/11/2021) |
| 05/12/2021 | 57 | Minute Entry for proceedings held before Hon. Mark W. Pedersen: Status Conference held on 5/12/2021. Appearances: Eugene Welch, Esq. by video. Plaintiff not present, the Court notes Plaintiff's lack of appearance on the record. The Clerk of Court is directed to issue an Order to Show Cause for failure to prosecute. Plaintiff will respond to the order within 30 days. <u>Failure to respond to the Order to Show Cause will result in a Report and Recommendation to the District Court recommending the case be dismissed, with prejudice.</u> Copy of this Minute Entry mailed to 12697 Victory Lakes Loop, Bristow, VA 20136. (Court Reporter FTR Gold.) (JB) (Entered: 05/12/2021) |
| 05/12/2021 | 58 | ORDER TO SHOW CAUSE Show Cause Response due by 6/14/2021.. Signed by Mary C. Loewenguth, Clerk of Court on 5/12/2021. (TF) (Entered: 05/12/2021) |
| 05/19/2021 | 59 | RESPONSE TO ORDER TO SHOW CAUSE by Ibukun Ogunbekun, Oluwatosin Ogunbekun. (JB) (Entered: 05/19/2021) |
| 05/19/2021 | 60 | ORDER re 59 Response to Order to Show Cause filed by Oluwatosin Ogunbekun, Ibukun Ogunbekun: Mr. Ogunbekun has demonstrated good cause for his failure to appear. The Court admonishes Mr. Ogunbekun to appear for all future scheduled Court appearances. Signed by Hon. Mark W. Pedersen on 5/19/2021. Copy of NEF and Order mailed to Plaintiff.(JB) (Entered: 05/19/2021) |
| 05/19/2021 | | CALENDAR EVENT: Status Conference set for 6/3/2021 at 3:00 PM before Hon. Mark W. Pedersen. The Conference will take place by Zoom, parties will receive connection information from the Court via email within 24 hours of the proceeding. Copy of NEF mailed to Plaintiff. (JB) (Entered: 05/19/2021) |
| 07/29/2021 | | CALENDAR EVENT: Status Conference reset for 8/25/2021 at 1:00 PM before Hon. Mark W. Pedersen. The Conference will take place by Zoom, parties will receive connection information from the Court, via email, within 24 hours of the proceeding. Copy of NEF mailed to Plaintiff. (JB) (Entered: 07/29/2021) |
| 08/03/2021 | 61 | NOTICE of Appearance by Anna Marie Richmond on behalf of Oluwatosin Ogunbekun (Attachments: # 1 Certificate of Service)(Richmond, Anna) (Entered: 08/03/2021) |
| 08/24/2021 | 62 | MOTION for Extension of Time to File *to serve complaint upon Defendants Stickles and Kuntowicz* by Oluwatosin Ogunbekun. (Attachments: # 1 Affidavit of Ibukun Ogunbekun, # 2 Exhibit to Ogunbekun Affidavit, # 3 Affidavit of Attorney, # 4 Memorandum in Support, # 5 Certificate of Service)(Richmond, Anna) (Entered: 08/24/2021) |
| 08/25/2021 | 63 | Minute Entry for proceedings held before Hon. Mark W. Pedersen: Status Conference held on 8/25/2021. Appearances: Anna Marie Richmond, Esq. by phone; Eugene Welch, Esq. by phone. Ms. Richmond notes her appearance on the record, requests entry of an Amended Scheduling Order. Defense does not object to an Amended Scheduling Order, but does object to the length of time requested. The Court will grant Plaintiff's request for a longer schedule. Amended Scheduling Order to be issued. (Court Reporter FTR Gold.) (JB) (Entered: 08/26/2021) |
| 08/30/2021 | 64 | AMENDED SCHEDULING/CASE MANAGEMENT ORDER (Please Note: This docket text may <u>not</u> contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.) Motions to Compel Discovery due by 10/30/2021. Discovery completed by 11/30/2021. Dispositive Motions due by 1/31/2022.. Signed by Hon. Mark W. Pedersen on 8/30/21. (KAP) (Entered: 08/30/2021) |

| | | |
|---|---|---|
| 09/09/2021 | 65 | MOTION for Extension of Time to File Response/Reply *to Plaintiff's Motion for Permission to Serve Defendants* by Town of Brighton.(Mitchell, Matthew) (Entered: 09/09/2021) |
| 09/10/2021 | 66 | TEXT ORDER: Granting (ECF No. 65 ) Motion for Extension of Time to File Response/Reply to Plaintiff's Motion for Permission to Serve Defendants. Responses due by 9/10/2021. Replies due by 9/22/2021. SO ORDERED. Signed by Hon. Mark W. Pedersen on 9/10/2021. (VSG) (Entered: 09/10/2021) |
| 09/10/2021 | 67 | AFFIDAVIT of Matthew Mitchell, Esq. in Opposition re 62 MOTION for Extension of Time to File *to serve complaint upon Defendants Stickles and Kuntowicz* filed by Town of Brighton. (Attachments: # 1 Exhibit Knutowicz Depo. Trans., # 2 Exhibit Fischer Depo. Trans.)(Mitchell, Matthew) (Entered: 09/10/2021) |
| 09/10/2021 | 68 | MEMORANDUM in Opposition re 62 MOTION for Extension of Time to File *to serve complaint upon Defendants Stickles and Kuntowicz* filed by Town of Brighton. (Mitchell, Matthew) (Entered: 09/10/2021) |
| 09/22/2021 | 69 | REPLY to Response to Motion re 62 MOTION for Extension of Time to File *to serve complaint upon Defendants Stickles and Kuntowicz* filed by Oluwatosin Ogunbekun. (Attachments: # 1 Certificate of Service)(Richmond, Anna) (Entered: 09/22/2021) |
| 01/27/2022 | 70 | MOTION for Extension of Time to File by Town of Brighton.(Welch, Eugene) (Entered: 01/27/2022) |
| 02/02/2022 | 71 | TEXT ORDER granting 70 Motion for Extension of Time to File. Signed by Hon. Mark W. Pedersen on 2/2/22. (KAP) (Entered: 02/02/2022) |
| 02/16/2022 | 72 | DECISION AND ORDER granting 62 Motion for Extension of Time to File. The Court grants Plaintiff's motion for extension of time to serve Officers Knutowicz and Stickles. Plaintiff has thirty (30) days from the date of entry of this Decision and Order to effect proper service and file proofs of such service with the Court. If, within thirty (30) days from the date of this Decision and Order, Plaintiff fails to properly serve Officers Knutowicz and Stickles, or fails to file proofs of service, the Court will enter an order dismissing Plaintiff's complaint as to Officers Knutowicz and Stickles without prejudice. Signed by Hon. Mark W. Pedersen on 2/15/22. (KAP) (Entered: 02/16/2022) |
| 02/17/2022 | 73 | Original Summons Filed. (Attachments: # 1 Supplement for Stickles & Knutowicz)(Richmond, Anna) (Entered: 02/17/2022) |
| 02/22/2022 | 74 | STIPULATION *to Amend Caption* by Ibukun Ogunbekun, Oluwatosin Ogunbekun. (Richmond, Anna) (Entered: 02/22/2022) |
| 02/24/2022 | 75 | STIPULATION AND ORDER AMENDING CAPTION so ordering Stipulation (ECF No. 74 ).Signed by Hon. Mark W. Pedersen on 2/24/2022. (VSG) (Entered: 02/24/2022) |
| 02/28/2022 | 76 | Summons Issued as to Renee (Stickles) Fischer, Julie Knutowicz. (TF) (Entered: 02/28/2022) |
| 03/10/2022 | 77 | AFFIDAVIT of Service for Summons and Amended Complaint *Item 32−1* served on Julie Knutowicz and Renee (Stickles) Fischer on March 10, 2022, filed by Ibukun Ogunbekun. (Richmond, Anna) (Entered: 03/10/2022) |
| 03/10/2022 | 78 | STIPULATION *to modify case management order* by Ibukun Ogunbekun. (Richmond, Anna) (Entered: 03/10/2022) |
| 03/11/2022 | 79 | STIPULATION AND ORDER AMENDING SCHEDULING ORDER. Signed by Hon. Mark W. Pedersen on 3/11/22. (KAP) (Entered: 03/11/2022) |
| 03/11/2022 | | Set/Reset Scheduling Order Deadlines: Motions due by 6/30/2022. (KAP) (Entered: 03/11/2022) |
| 03/23/2022 | 80 | ANSWER to 4 Complaint by Renee (Stickles) Fischer.(Welch, Eugene) (Entered: 03/23/2022) |
| 03/23/2022 | 81 | ANSWER to 4 Complaint by Julie Knutowicz.(Welch, Eugene) (Entered: 03/23/2022) |

| | | |
|---|---|---|
| 06/27/2022 | 82 | MOTION for Summary Judgment dismissing Plaintiffs Second Amended Complaint by Renee (Stickles) Fischer, Brighton Police Department, Julie Knutowicz, Town of Brighton. (Attachments: # 1 Exhibit Incident Report, # 2 Exhibit Criminal Deposition Transcript, # 3 Exhibit Mental Hygiene Form, # 4 Exhibit Incident Report, # 5 Exhibit Supporting Deposition, # 6 Exhibit Fischer Transcript Pages, # 7 Exhibit Brighton General Order, # 8 Exhibit Brighton General Order, # 9 Exhibit Criminal Supporting Deposition, # 10 Exhibit Criminal Supporting Deposition, # 11 Exhibit Police Addendum, # 12 Exhibit Knutowicz Transcript Pages, # 13 Exhibit Criminal Supporting Deposition, # 14 Exhibit Police Report, # 15 Exhibit Subject Resistance Report, # 16 Exhibit Criminal Information, # 17 Exhibit Criminal Cert. of Disposition, # 18 Exhibit Medical Records, # 19 Memorandum in Support MOL, # 20 Declaration Declaration in Support, # 21 Statement of Undisputed Facts Rule 56 Statement)(Welch, Eugene) Modified on 7/8/2022 (TF). (Entered: 06/27/2022) |
| 07/01/2022 | 83 | Joint MOTION for Extension of Time to File Response/Reply as to 82 MOTION to Dismiss by Ibukun Ogunbekun.(Richmond, Anna) (Entered: 07/01/2022) |
| 07/06/2022 | 84 | MOTION SCHEDULING ORDER granting 83 Motion for Extension of Time to File Response/Reply re 83 Joint MOTION for Extension of Time to File Response/Reply as to 82 MOTION to Dismiss , 82 MOTION to Dismiss Responses due by 8/31/2022. Replies due by 10/14/2022.. Signed by Hon. Charles J. Siragusa on 7/6/22. (KAP) (Entered: 07/06/2022) |
| 07/08/2022 | | E–Filing Notification: Incorrect relief used. For future reference, use Motion for Summary Judgment event/relief. No action required re 82 MOTION to Dismiss. Clerk to modify entry. (TF) (Entered: 07/08/2022) |
| 08/31/2022 | 85 | RESPONSE in Opposition re 82 MOTION to Dismiss filed by Ibukun Ogunbekun. (Attachments: # 1 Declaration of Plaintiff, # 2 Declaration Authenticating Exhibits, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Declaration Authenticating Exhibits, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Memorandum in Support of opposition to motion, # 18 Certificate of Service)(Richmond, Anna) (Entered: 08/31/2022) |
| 10/13/2022 | 86 | MEMORANDUM in Support re 82 MOTION to Dismiss filed by Town of Brighton. (Welch, Eugene) (Entered: 10/13/2022) |
| 10/26/2022 | 87 | Letter filed by Ibukun Ogunbekun as to Brighton Police Department, Julie Knutowicz, Town of Brighton, Renee (Stickles) Fischer, John Does *requesting oral argument*. (Richmond, Anna) (Entered: 10/26/2022) |
| 10/27/2022 | 88 | TEXT ORDER re 87 Letter request filed by Ibukun Ogunbekun denying request for oral argument at this time. Court may sua sponte schedule oral argument at a later time if the Court deems it necessary. Signed by Hon. Charles J. Siragusa on 10/27/22. (KAP) (Entered: 10/27/2022) |
| 10/27/2022 | 89 | Letter filed by Brighton Police Department as to Brighton Police Department, Julie Knutowicz, Town of Brighton, Renee (Stickles) Fischer, John Does *in response to Letter of A. Richmond, Esq.*. (Welch, Eugene) (Entered: 10/27/2022) |
| 05/15/2025 | 90 | ORDER granting 82 Motion for summary judgment. The Clerk is directed to enter judgment for Defendants and close this case. Signed by Hon. Charles J. Siragusa on 5/15/2025. (MJK)<br><br>Clerk to Follow up (Entered: 05/15/2025) |
| 05/16/2025 | 91 | JUDGMENT in favor of Brighton Police Department, Town of Brighton, Julie Knutowicz, Renee (Stickles) Fischer against Ibukun Ogunbekun. Signed by Clerk of Court on 5/16/2025. (TF) (Entered: 05/16/2025) |
| 06/13/2025 | 92 | NOTICE OF APPEAL as to 90 Order on Motion to Dismiss, 91 Judgment by Ibukun Ogunbekun. Filing fee $ 605, receipt number ANYWDC–5507283. Appeal Record due by 5/27/2025. (Richmond, Anna) (Entered: 06/13/2025) |